IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

  Plaintiff,

v.                                                                            CR 20-2126 DHU

KENDALE JOHNSON,

  Defendant.

## **ORDER**

On June 21, 2023 the Defendant filed Defendant's Opposed Emergency Motion for Imposition of Temporary Conditions of Release to Attend Funeral [46]. In Defendant's Motion it is requested that the Defendant be released to attend the funeral of his father set on June 22, 2023. As the date of the funeral has passed Defendant's Motion will be denied as moot.

IT IS ORDERED that:

1. Defendant's Opposed Emergency Motion for Imposition of Temporary Conditions of Release to Attend Funeral [46]-is DENIED as moot.

_____
UNITED STATES DISTRICT JUDGE